# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Furong Ai ) | Case No. |
| ) | |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  2/20/2019 and 4/3/2019  in the county of  Washington  in the  District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 112(b) | Obstructing a foreign official in the performance of his duties |
| 18 U.S.C. § 118 | Interfering with a federal law enforcement agent engaged in the performance of the protective functions authorized under the Diplomatic Security Act (22 U.S.C. § 4802) |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

David Noodeloos

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/05/2019

*Judge's signature*

City and state: Washington, DC     U.S. Magistrate Judge Deborah A. Robinson

*Printed name and title*